IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Thiros, Constance M

Printed: 11/11/08

Case Number: 05 B 37360
Judge: Goldgar, A. Benjamin
Filed: 9/14/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 7, 2008
Confirmed: October 25, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 14,400.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 11,016.12 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,594.00 |
| Trustee Fee: |  | 789.88 |
| Other Funds: |  | 0.00 |
| Totals: | 14,400.00 | 14,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,594.00 | 2,594.00 |
| 2. | RoundUp Funding LLC | Unsecured | 177.38 | 189.88 |
| 3. | FDS National Bank - Bloomingdales | Unsecured | 42.49 | 45.47 |
| 4. | ECast Settlement Corp | Unsecured | 1,601.55 | 1,713.66 |
| 5. | Help Service Group Inc | Unsecured | 996.02 | 1,065.75 |
| 6. | American Express | Unsecured | 126.15 | 135.01 |
| 7. | ECast Settlement Corp | Unsecured | 1,905.73 | 2,039.14 |
| 8. | Illinois Student Assistance Commission | Unsecured | 4,848.69 | 5,188.04 |
| 9. | ECast Settlement Corp | Unsecured | 80.00 | 85.63 |
| 10. | Citibank USA | Unsecured | 466.05 | 498.70 |
| 11. | Marshall Field & Company | Unsecured | 51.24 | 54.84 |
| 12. | American Express | Unsecured |  | No Claim Filed |
| 13. | Dell Financial Services, Inc | Unsecured |  | No Claim Filed |
| 14. | IDAPP | Unsecured |  | No Claim Filed |
|  |  |  | $ 12,889.30 | $ 13,610.12 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 157.21 |
| 5% | 31.58 |
| 4.8% | 157.75 |
| 5.4% | 258.63 |
| 6.5% | 155.14 |
| 6.6% | 29.57 |
|  | $ 789.88 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Thiros, Constance M

Printed: 11/11/08

Case Number:  05 B 37360
Judge:  Goldgar, A. Benjamin
Filed:  9/14/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

